# EXHIBIT 1

PETITION – SMALL CLAIMS CASE

FILED

SEP 2 3 2015

NO. 50 4635

PLAINTIFF(S): ALFRED C. DIZON
5333 - NORTHVIEW DRIVE
WICHITA FALLS, TEXAS 76306
ATTN: MARY MILLER

VS

DEFENDANT: PRUDENTIAL HEALTH + LIFE INSURANCE of AMERICA
Defendant's Address: 1 - PRUDENTIAL CIRCLE, MAILSTOP B-200
SUGARLAND, TEXAS 77478-3833
DEFENDANT: N/A
Defendant's Address: N/A

IN THE JUSTICE COURT
JANICE RALSTON SONS
JUSTICE OF PEACE PCT 1, PL 1
WICHITA COUNTY

PRECINCT 1 PLACE 1

WICHITA COUNTY TX

FILED

SEP 2 3 2015

JANICE RALSTON SONS
JUSTICE OF PEACE PCT 1, PL 1
WICHITA COUNTY

COMPLAINT: The basis for the claim which entitles the Plaintiff to seek relief against the Defendant:
FAILURE OF PRUDENTIAL LIFE INSURANCE COMPANY TO COMPENSATE MY LATE BROTHERS
SURVIVING FAMILY MEMBERS (NIECE and NEPHEW) OF THEIR DAD'S LIFE INSURANCE MONEY
(OSGLI / SGLI) SERVICEMEMBERS GROUP LIFE INSURANCE. IN ADDITION, TO COM-
PENSATE / COLLECT IN ORDER TO PAY FOR BROTHER'S VIEWING / CREMATION COST,
and OTHER ENCUMBRANCES ASSOCIATED WITH THE DEATH and BURNING/CREMATION
OF A LOVE ONE. WHEREIN, 9 - MONTHS OF NON-PAYMENT OF INSURANCE MONEY IS WAY
BEYOND THE RANGE OF REASONABLENESS... TO COMPENSATE SURVIVING MEMBERS.

RELIEF: Plaintiff seeks damages in the amount of $ 10,000.00 , and/or return of personal property as described as
follows (be specific): N/A. _____ which has a value of $ N/A .

Additionally, Plaintiff seeks the following: INTEREST CHARGES ACCUMULATED MONTHLY ON CREDIT
CARD for 9 - MONTHS for NON-PAYMENT OF BENEFICIARIES / and monthly
interest earned of beneficiaries share, if money was deposited in a bank.
SERVICE OF CITATION: Service is requested on Defendants by personal service at home or work or by alternative service
as allowed by the Texas Justice Court Rules of Court. Other addresses where the Defendant(s) may be served are:

✓ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email
address, please check the space and provide your valid email address: adizon62.ad @ gmail.com

(PRO SE PLAINTIFF)

ALFRED C. DIZON

Plaintiff's Printed Name

DEFENDANT(S) INFORMATION (If known):

DATE OF BIRTH: _____

LAST 3 NUMBERS OF DRIVER LICENSE: _____

LAST 3 NUMBERS OF SOCIAL SECURITY: _____

DEFENDANT'S PHONE NUMBER: _____

(PRO SE PLAINTIFF)

Alfred C. _____

Signature of Plaintiff or Attorney

5333 - NORTHVIEW DRIVE

Address of Plaintiff or Plaintiff's Attorney, if any

WICHITA FALLS,      TEXAS      76306
City                State      Zip

CELL PHONE #: (940) 337-9318.

Phone & Fax No. of Plaintiff or Plaintiff's Attorney, if any

7/2013