# EXHIBIT 2

## JUSTICE COURT CIVIL CASE INFORMATION SHEET (4/13)



FILED
SEP 23 2015

CAUSE NUMBER (FOR CLERK USE ONLY): **SC 4625**

STYLED _____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | 2. Names of parties in case: |
|---|---|
| Name: **ALFRED C. DIZON**  Telephone: **(940) 337-9318** | Plaintiff(s): **ALFRED C. DIZON** |
| Address: **5333 NORTHVIEW DRIVE**  Fax: | |
| City/State/Zip: **WICHITA FALLS, TX 76306**  State Bar No: | Defendant(s): **Mary Miller** |
| Email: **adizon62.ad@gmail.com** | **Prudential Health & Life Insurance Company of America** |
| Signature: *Alfred C. /s/* | [Attach additional page as necessary to list all parties] |

### 3. Indicate case type, or identify the most important issue in the case (select only 1):

☐ **Debt Claim**: A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☐ **Eviction**: An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☐ **Repair and Remedy**: A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☑ **Small Claims**: A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

