# EXHIBIT 3



Janice Ralston Sons
Justice of the Peace
Precinct 1 Place 1, Wichita County
900 7Th St., Rm 281, Wichita Falls, TX 76301
Office (940)766-8141 Fax (940)766-8282

RECEIVED
CONSTABLE PCT 4
FORT BEND COUNTY, TEXAS

NO. SC4625       15 SEP 30 PM 1:38

PLAINTIFF:   ALFRED C DIZON

VS.

DEFENDANT:   PRUDENTIAL HEALTH & LIFE INSURANCE OF AMERICA

### CITATION FOR SMALL CLAIMS

THE STATE OF TEXAS TO   MARY MILLER AGENT FOR PRUDENTIAL HEALTH & LIFE INSURANCE OF AMERICA, DEFENDANT:

NOTICE: You have been sued. You may employ an attorney. You or your attorney must file a written answer with the Court no later than the 14th day after the day you were served with these papers.

YOU ARE HEREBY COMMANDED to file a written answer with the Justice Court, Justice of the Peace Precinct 1 Place 1, 900 7Th St., Rm 281, Wichita Falls, Texas no later than the 14th day following the date of service of this citation on you at 1 PRUDENTIAL CIRCLE, MAIL STOP B-200, SUGAR LAND, TX 77478 to answer in the suit filed by the above-named Plaintiff on 09/23/2015, the Plaintiff's demand being for the sum of $10,000.00 due upon RECOVERY plus attorney fees, interest, and $121.00 court costs.

Either party shall be entitled to a trial by jury upon timely request and payment of a jury fee.

If you or your attorney do not file a written answer by your due date, a Default Judgment may be taken against you.

For further information, consult Part V of the Texas Rules of Civil Procedure which is available online and in the Court listed on this citation.

Plaintiff's address:  5333 NORTHVIEW DRIVE, WICHITA FALLS, TX 76306
Plaintiff's attorney and address:

ISSUED and signed this the 23rd day of September, 2015.

Jane Coarley, Chief Clerk

Judge Janice Ralston Sons