# EXHIBIT 4

ORIGINAL

MARY MILLER, AGENT
PRUDENTIAL HEALTH & LIFE INSURANCE OF AMERICA
1 PRUDENTIAL CIRCLE, MAIL STOP B-200
SUGAR LAND, TX 77478

RETURN ORIGINAL TO ISSUING COURT

CAUSE NO. SC4625

CITATION FOR SMALL CLAIMS

ALFRED C DIZON
VS.
PRUDENTIAL HEALTH & LIFE INSURANCE OF AMERICA

Issued 23rd day of September, 2015

Janice Ralston Sons
Justice of the Peace
Precinct 1  Place 1 Wichita County, Texas
900 7Th St., Rm 261
Wichita Falls, Texas 76301

OFFICER'S RETURN

Came to hand the __30__ day of __Sept__ A.D. 20_15_, at _13:38_ P.M., and executed on the _____ day of _____ A.D. 20___, at _____ M. Executed at _____, within the county of Wichita, by delivering to the within named _____, in person, each, a true copy of this citation, having first endorsed on such copy of said citation the date of delivery.

(Not executed) the diligence used to execute being _I check All Business on location No such thing Mail stop B-200. Insurance company not located._

unable to execute for the following reason _Not A good Address. The Address listed Mail stop B-200 dost Exist._ ;
the defendant may be found at _____

Fee for serving citation $_____

_____ Constable, Wichita County, Texas

By: _____ Deputy

I hereby certify that I delivered to the said_____ on the _____ day of _____, 20____, at _____ o'clock _____ M., this copy of this instrument

FILED

_____
Constable, Wichita County, Texas       By:_____ OCT 0 5 2015 Deputy

JANICE RALSTON SONS
JUSTICE OF PEACE PCT 1, PL 1
WICHITA COUNTY

SCANNED