# EXHIBIT 5

FILED
OCT 1 8 2015

JANICE RALSTON SONS
JUSTICE OF PEACE PCT 1, PL 1
WICHITA COUNTY

14 OCTOBER 2015
FROM:
ALFRED C. DIZON
5333 - NORTHVIEW DRIVE
WICHITA FALLS, TEXAS 76306

SUBJECT:
   AMENDMENTS REGARDING CAUSE # SC-4625

DEAR SIR/MADAM,
I AM WRITING TO MAKE THE FOLLOWING CHANGES:

1) PLEASE CHANGE THE REGISTERED AGENT FROM - MARY MILLER TO
   CT CORPORATION SYSTEM
2) PLEASE CHANGE COMPANY'S NAME TO:
   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
3) PLEASE UPDATE/CHANGE ADDRESS TO: (OF REGISTERED AGENT)
   CT CORPORATION SYSTEM
   1999 BRYAN STREET, SUITE 900
   DALLAS, TEXAS 75201

PLEASE CONTACT ME IF YOU HAVE ANY QUESTION/S.
THANK YOU FOR YOUR ASSISTANCE,
SINCERELY, Alfred C.
   ALFRED C. DIZON
   CELL PHONE # (940) 337-9318
   E-MAIL ADDRESS: adizon42.ad@GMAIL.COM