# EXHIBIT 6

14 OCTOBER 2015

FROM:

ALFRED C. DIZON

5333-NORTHVIEW DRIVE

WICHITA FALLS, TEXAS 76306

FILED
OCT 13 2015
JANICE RALSTON SONS
JUSTICE OF PEACE PCT 1, PL 1
WICHITA COUNTY

SUBJECT:

MOTION FOR DISCOVERY REGARDING CAUSE # -SC- 4625

DEAR SIR/MADAM,

I AM WRITING TO REQUEST/MOTION THE COURT, TO ORDER PRUDENTIAL LIFE INSURANCE OF AMERICA, TO PRODUCE, AND PERMIT THE PLAINTIFF, THE INSPECTION, THE COPYING, & ASSESSING AND/OR PHOTOGRAPHING OF THE:

ORIGINAL INSURANCE POLICY LETTER (SOLI), THAT WAS ORIGINALLY INITIATED AND SIGNED BY MY BROTHER RICHARD C. DIZON WHICH CONSTITUTES, OR CONTAINS EVIDENCE, IMPORTANT INFORMATION IN REGARDS TO QUESTIONS AT HAND, (AGREED CONDITIONS, LIMITATIONS, CERTAIN STIPULATIONS AND REQUIREMENTS AND OTHER UNKNOWN PARAMETERS) AND WHICH WILL ALSO SHOW THE LIST OF APPOINTED BENEFICIARIES. WHERE IN WHICH, THIS ITEM (INSURANCE POLICY LETTER) IS UNDER THE EXCLUSIVE CONTROL AND CUSTODY OF PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA.

SINCERELY, Alfred C. Dizon

ALFRED C. DIZON

CELL PHONE # (940) 337-9318

E-MAIL ADDRESS: adizon62.ad@GMAIL.COM