# EXHIBIT 7



# Dallas County Sheriff Department
## Civil Division
### 133 N Riverfront Blvd. LB-31
### Dallas, Texas 75207



FILED
OCT 29 2015

JANICE HALSTON SONS
JUSTICE OF PEACE, PCT 1, PL
WICHITA COUNTY

Please be advised that as of July 1st, 2015 the Sheriff Dept. will no longer accept any documents for service.

Please send all documents to the local Constables Office for service. All checks should be made out to the designated Constables Office.

I apologize for any inconvenience this may cause. If you have any questions please, feel free to contact our office.

Respectfully,

S. Martinez
214-712-5099
214-653-3501

Representing Dallas County Sheriff/Civil Division