# EXHIBIT 8

**ORIGINAL**

Receipt# 562756
CC1G# 9516006

Janice Ralston Sons
Justice of the Peace
Precinct 1 Place 1, Wichita County
900 7Th St., Rm 281, Wichita Falls, TX 76301
Office (940)766-8141 Fax (940)766-8282

KDO
048350

NO. SC4625

PLAINTIFF: ALFRED C DIZON

VS.

DEFENDANT: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

*alias*
CITATION FOR SMALL CLAIMS

THE STATE OF TEXAS TO: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, DEFENDANT:

**NOTICE:** You have been sued. You may employ an attorney. You or your attorney must file a written answer with the Court no later than the 14th day after the day you were served with these papers.

YOU ARE HEREBY COMMANDED to file a written answer with the Justice Court, Justice of the Peace Precinct 1 Place 1, 900 7Th St., Rm 281, Wichita Falls, Texas no later than the 14th day following the date of service of this citation on you at CT Corporation System, 1999 Bryan St Ste 900, Dallas TX 75201, to answer in the suit filed by the above-named Plaintiff on 09/23/2015, the Plaintiff's demand being for the sum of $10,000.00 due upon RECOVERY plus attorney fees, interest, and $121.00 court costs.

Either party shall be entitled to a trial by jury upon timely request and payment of a jury fee.

If you or your attorney do not file a written answer by your due date, a Default Judgment may be taken against you.

For further information, consult Part V of the Texas Rules of Civil Procedure which is available online and in the Court listed on this citation.

Plaintiff's address: 5333 NORTHVIEW DRIVE, WICHITA FALLS, TX 76306
Plaintiff's attorney and address:

ISSUED and signed this the 13th day of October, 2015.

Jane Cearley, Chief Clerk

Judge Janice Ralston Sons

2015 OCT 28 AM 10:39
7201 S. POLK ST
DALLAS, TEXAS

SCANNED