# EXHIBIT 9

## CONSTABLE'S RETURN

FILED
NOV 05 2015
JANICE RALSTON SONS
JUSTICE OF PEACE PCT. 1 PL. 1

**Style of Case:** ALRED C DIZON VS THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Came into hand, this __28__ day of __OCTOBER__, 20 __15__ AT __10:39__ o'clock __A__ M. by executing and delivering a __CITATION__ issued out of the state of __TEXAS__ under cause number: __SC4625__ __29__ day __OCTOBER__, 20 __15__, at __2:20__ o'clock __P__ M., to:

☐ _____ personally delivered/served true and correct copies of same.

**OTHER NOTES:**

☐ _____ pursuant to Rule 106/Rule 536, to an occupant: _____ over the age of 16 years.

☐ _____ pursuant to Rule 106/Rule 536, by securely attaching and/or affixing to the _____ of the defendant's last known place of ☐ business ☐ abode.

☐ THE PRUDENTIAL INSURANCE COMPANY OF AMERICA   ☐ A Corporation   ☐ A Business

**Name:** CT CORPORATION   ☐ President ☐ Vice-President ☒ Registered Agent

☒ By delivering to the defendant's registered agent for service, C.T. CORPORATION SYSTEM, through Their authorized agent to accept service: TERRI, THONGSAVAT SOP INTAKE ASSOCIATE

at 1999 BRYAN ST STE 900 Dallas, Texas 75201.

**Service Address:** 1999 BRYAN ST STE 900 DALLAS TEXAS 75201

☐ RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS:

**Service Fees:** $ 80.00

T. SEATON #105 DEPUTY CONSTABLE
JOHN L. GARRETT, CONSTABLE
DALLAS COUNTY PRECINCT 1

COUNTY OF DALLAS §
§
STATE OF TEXAS §

SIGNED AND SWORN BY SAID _____, before me, this _____ day of _____ 20 _____, to certify which, witness my hand and seal of office.

NOTARY PUBLIC-IN AND FOR THE STATE OF TEXAS

SCANNED