# EXHIBIT 12

CAUSE NO. SC 4625

| | | |
|---|---|---|
| ALFRED C. DIZON, | § | IN THE JUSTICE COURT |
| | § | |
| , | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | PRECINCT 1 PLACE 1 |
| | § | |
| THE PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA, , | § | |
| | § | |
| Defendants. | § | WICHITA COUNTY TX |
| | § | |

### NOTICE OF FILING OF NOTICE OF REMOVAL

To:   Judge Janice Ralston Sons          Alfred C. Dizon
      Justice of the Peace               5333 Northview Drive
      Precinct 1 Place 1                 Wichita Falls, Texas 76306
      900 Seventh Street, Room 281
      Wichita Falls, Texas 76301

Pursuant to 28 U.S.C. § 1446(d), Defendant, THE PRUDENTIAL INSURANCE

COMPANY OF AMERICA ("Prudential") hereby notifies the Court that on November 25, 2015

it filed in the United States District Court for the Northern District of Texas, its Notice of

Removal of this lawsuit, a copy of which is attached.  Pursuant to 28 U.S.C. § 1446(d), the

Justice Court, Precinct 1, Place 1, Wichita County, Texas may not proceed further with the case

titled *Alfred C. Dizon v. The Prudential Insurance Company of America*, Case No. 4625.

22514370v.1

November 25, 2015                              Respectfully submitted,


                                               By: */s/ Esteban Shardonofsky*


                                                   Esteban Shardonofsky
                                                   Texas State Bar No. 24051323
                                                   SEYFARTH SHAW LLP
                                                   700 Milam Street, Suite 1400
                                                   Houston, Texas 77002-2812
                                                   Telephone: (713) 225-2300
                                                   Facsimile (713) 225-2340
                                                   Sshardonofsky@seyfarth.com

                                                   ATTORNEY-IN-CHARGE FOR DEFENDANT,
                                                   THE PRUDENTIAL INSURANCE COMPANY
                                                   OF AMERICA.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the November 25, 2015, I presented the foregoing Notice of

Removal with the Clerk of the Court. The undersigned also presented a copy of this Notice of

Removal to the following via U.S. Mail and electronic mail.


Alfred C. Dizon
5333 Northview Drive
Wichita Falls, Texas 76306


*/s/ Esteban Shardonofsky*
Esteban Shardonofsky