

Seyfarth Shaw LLP
131 S Dearborn St
Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile (312) 460-7000
www.seyfarth.com

Writer's direct phone

((312) 460-5832
Writer's e-mail

mtroy@seyfarth.com

March 16, 2015

### NOTICE TO THE COURT

### Via ECF to Court and Certified Mail and Email to Plaintiff

Re: *Alfred C Dizon v. The Prudential Insurance Company of America*, No. 7:15-cv-168;, US District Court, Northern District of Texas Wichita Falls Division.

Dear Judge O'Connor:

On February 10, 2016, Prudential filed a Motion for Judgment on the Pleadings and Memorandum of Law In Support of the Motion. (*See* ECF No. 13, 14). Per Local Rule 7.1(e), Plaintiff's response was due on or before March 8, 2016. On March 14, 2016, counsel for Prudential called Plaintiff to inform him that his response deadline had passed. Plaintiff indicated that he planned on filing a response, but he did not know when and said that he would let counsel know the following day. Plaintiff did not contact counsel for Prudential on March 15, 2016 and as of the time of this filing, had not contacted counsel for Prudential.

To date, Plaintiff has not filed his response to Prudential's motion. Therefore, Prudential respectfully requests that the Court proceed with its review of the motion.

Very Truly Yours,

SEYFARTH SHAW LLP

Megan E. Troy /vg

Megan E. Troy

MET/mac

cc:

Alfred C. Dizon
5333 Northview Drive
Wichita Falls, Texas 76306
adizon62.ad@gmail.com

25391261v.1

