## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| ALFRED C. DIZON | CASE NO. 7:15-cv-00168-O |
| Plaintiff, | |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA. | |
| Defendant. | |

### DEFENDANT'S MOTION TO DISMISS

Defendant, The Prudential Insurance Company of America ("Prudential"), by and through its attorneys, and pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 7.1, submits this motion to dismiss. For the reasons set forth below, and more fully set out in the accompanying memorandum of law in support, the Court should grant Prudential's motion.

1.      The Court should grant Prudential's motion to dismiss with respect to his claim for benefits on behalf of his niece and nephew because Plaintiff has not cured any defects in his Amended Complaint.

2.      The Court should also grant Prudential's motion to dismiss because Plaintiff lacks standing under Article III of the United States Constitution to pursue a claim for benefits and interest thereon on behalf of his niece and nephew.

3.      The Court should also grant Prudential's motion to dismiss with respect to Plaintiff's claim for benefits on behalf of his niece and nephew because Plaintiff lacks statutory standing under the Servicemembers' Group Life Insurance Act ("SGLIA"), 38 U.S.C. §§ 1965, *et seq*. ("SGLIA").

For the reasons stated above, and in Prudential's memorandum of law in support of this motion, the Court should grant Prudential's motion to dismiss, enter judgment on Prudential's behalf, dismiss Plaintiff's Amended Complaint with prejudice, and award Prudential any relief the Court deems just and proper.

Dated: April 15, 2016

Respectfully submitted,

**SEYFARTH SHAW LLP**

*/s/ Megan E. Troy*
Megan E. Troy

Esteban Shardonofsky
Texas State Bar No. 24051323
700 Milam Street, Suite 1400
Houston, TX 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
sshardonofsky@seyfarth.com

Ada W. Dolph (*Pro Hac Vice*)
Megan E. Troy (*Pro Hac Vice*)
131 S. Dearborn Street
Suite 2400
Chicago, IL  60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
adolph@seyfarth.com

*Attorneys  for Defendant,*
*The Prudential Insurance Company of*
*America.*

## <u>CERTIFICATE OF SERVICE</u>

I, Megan E. Troy, an attorney, do hereby certify that I have caused a true and correct

copy of the foregoing DEFENDANT'S MOTION TO DISMISS to be served upon the following,

via the Court's CM/ECF system, email, and U.S. mail, on this 15th day of April, 2016:

Alfred C. Dizon
5333 Northview Drive
Wichita Falls, Texas 76306

/s/ Megan E. Troy
Megan E. Troy

26177277v.1