IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| ALFRED C. DIZON,                    § <br> § <br> Plaintiff,         § <br> § <br> v.                                § <br> § <br> THE PRUDENTIAL INSURANCE  § <br> COMPANY OF AMERICA,        § <br> § <br> Defendant.        § | Civil Action No. 7:15-cv-00168-O |

## ORDER

Before the Court is Defendant's Motion and Memorandum in Support of Motion to Stay Deadlines Pending Decision on Motion to Dismiss (ECF No. 20), filed April 29, 2016. Defendant does not indicate whether Plaintiff is opposed to the motion; thus, the Court construes Defendant's motion as opposed. *See* L.R. 7.1.

"[A] district court has a discretionary power to stay proceedings before it in the control of its docket and in the interests of justice." *In re Beebe*, 56 F.3d 1384 (5th Cir. 1995). Here, given the remaining matters in this action, namely whether Plaintiff has corrected his previous deficiency in standing under Article III and the Servicemembers' Group Life Insurance Act ("SGLIA"), a stay is appropriate until the Court resolves Defendant's pending Motion to Dismiss (ECF No. 18).

**SO ORDERED** on this **2nd day** of **May, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE