## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **ALFRED C. DIZON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:15-cv-00168-O** |
| | § | |
| **THE PRUDENTIAL INSURANCE** | § | |
| **COMPANY OF AMERICA,** | § | |
| | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

The Court issued its Order granting Defendant's Rule 12(b)(6) Motion to Dismiss (ECF No. 18), disposing of all issues in this case. *See* Order, May 11, 2016, ECF No. 22. It is therefore

**ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED with prejudice**.

**SO ORDERED** on this **11th day** of **May, 2016**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**